UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEROLD LEE JONES,

    Plaintiff,

v.                                    Case No. 3:22cv23694-RV-HTC

JAMES OWENS,

    Defendant.
_____/

## ORDER

This cause comes for consideration upon the Magistrate Judge's Report and Recommendation (R&R) dated December 28, 2022 (doc. 7). The R&R recommends that this civil rights case be dismissed with prejudice and without giving the plaintiff an opportunity to amend his complaint. *Id.* at 5. The parties have been furnished with a copy of the R&R and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.[1]

Having considered the R&R, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

---

[1] Although the plaintiff has not filed an objection to the R&R, he has filed a motion requesting an enlargement of time to file an amended complaint (doc. 8). But, as noted, the R&R recommends that the case be dismissed without leave to amend.

1. The Magistrate Judge's R&R (doc. 7) is adopted and incorporated by reference in this order.

2. The plaintiff's Motion Requesting Enlargement of Time to Amend Complaint (doc. 8) is DENIED.

3. This case is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

4. The clerk shall close the file.

**DONE AND ORDERED** this 25th day of January, 2023.

/s/Roger Vinson                    /
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**